Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

BENJAMIN J. STRAUS et al., Respondents, v. BOSTON INSURANCE COMPANY et al., Appellants.—

Order affirmed, with costs.

Herlihy, P. J., Reynolds, Staley, Jr., and Cooke, JJ., concur.

In the Matter of DAVID C. GOLD, Appellant, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, et al., Respondents.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.